```
                    RECEIVED
____ ENTERED    ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

        FEB - 6 2012

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO SMITH PARRA, | 3:11-CV-00909-LRH-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| E.K. McDANIEL, *et al.*, | |
| Defendants. | |

Plaintiff, who is in the custody of the Nevada Department of Corrections, has filed an application to proceed *in forma pauperis* (ECF No. 1) and has submitted a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-2). Based on the financial information provided, the Court finds that plaintiff is unable to prepay the full filing fee in this matter. The Court determined an initial fee was due and entered an order directing plaintiff to pay that amount within thirty days. (ECF No. 3.) Plaintiff now alleges that he does not have the money and moves the Court to permit the action to proceed despite his inability to pay the fee (ECF No. 5).

Having considered the motion, the Court will permit plaintiff thirty additional days to file an amended *in forma pauperis* application to present evidence that he does not have the required funds. If he fails to filed the amended in *forma pauperis* application or pay the previously ordered initial fee, the matter shall be dismissed pursuant to Local Rules of Special Proceedings Rule 1-3(c). Therefore,

**IT IS ORDERED** that the Clerk shall send to plaintiff a form and instructions for an application to proceed *in forma pauperis*. Plaintiff shall have thirty days from entry of this Order to submit his amended application, which shall include this case number and be entitled "Amended." Plaintiff shall include the financial certificate, signed by a proper prison official, along with copies of his prison financial statements for the past three months.

**IT IS FURTHER ORDERED** that failure to comply with the directives of this Order will result in the dismissal of this action. No further extensions of time will be granted for this purpose.

DATED: February 6, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

2